JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

NAEIM TOUMA,

Petitioner,

v.

WARDEN OF THE ADELANTO ICE PROCESSING CENTER et al.,

Respondents.

Case No. 5:26-cv-05740-DFM

JUDGMENT

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus (Dkt. 14),

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Naeim Touma (A Number: “246-923-243”) from custody subject to the conditions in effect prior to his September 1, 2026 re-detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 9, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge